UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TAMARA PETERSON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:17-cv-258-B |
| | § | |
| UNITED CAPITAL FINANCE | § | |
| ADVISORS, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

This action was **DISMISSED** without prejudice upon the filing of Plaintiff's notice under Fed. R. Civ. P. 41(a)(1)(A)(i).

**SO ORDERED.**

**DATED: APRIL 5, 2017**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-